# EXHIBIT 2

| Assigned Number | Pg. (from check copy file) | Vendor | Amount | Job Number | Job Name | Entity |
|---|---|---|---|---|---|---|
| NEW_01 | 292 | Rancho Verde Mobile Home | $ 8,117.00 | 23016 | Residential | API |
| NEW_02 | 348 | Leah Akers-Bell | $ 1,320.00 | 23016 | Residential | API |
| NEW_03 | 400 | Caltrans | $ 133,858.30 | 24002 | Heavy Comm | ABI |
| NEW_04 | 400 | Caltrans | (same check) | 24002 | Heavy Comm | ABI |
| NEW_05 | 400 | Caltrans | (same check) | 24002 | Heavy Comm | ABI |
| NEW_06 | 400 | Caltrans | (same check) | 24002 | Heavy Comm | ABI |
| NEW_08 | 401 | Fountaingrove Ranch Master Assoc | (same check) | 23013 | Heavy Comm | ABI |
| NEW_07 | 401 | Fountaingrove Ranch Master Assoc | $ 22,573.54 | 23013 | Heavy Comm | ABI |
| NEW_09 | 401 | Fountaingrove Ranch Master Assoc | (same check) | 23013 | Heavy Comm | ABI |
| NEW_10 | 401 | Fountaingrove Ranch Master Assoc | (same check) | 23013 | Heavy Comm | ABI |
| NEW_12 | 403 | Stormy Goranson | $ 2,950.00 | 24003 | Residential | API |
| NEW_11 | 403 | Yvonne Boudreau | $ 720.00 | 24003 | Residential | API |
| NEW_15 | 404 | Margaret Kotta | $ 494.00 | 24003 | Residential | API |
| NEW_14 | 404 | Mark Cooper | $ 1,950.00 | 24003 | Residential | API |
| NEW_13 | 404 | Gretchen Irion | $ 4,610.00 | 24003 | Residential | API |
| NEW_16 | 405 | JJR Construction | $ 16,800.00 | 24002 | Heavy Comm | ABI |
| NEW_18 | 405 | St Luke Evangelical | $ 702.27 | 24004 | Landscape | API |
| NEW_17 | 405 | St Luke Evangelical | $ 702.27 | 24004 | Landscape | API |
| NEW_19 | 406 | Graniterock | $ 12,340.38 | 24002 | Heavy Comm | ABI |
| NEW_20 | 406 | Graniterock | (same check) | 24002 | Heavy Comm | ABI |
| NEW_21 | 407 | DeSilva Gates | $ 35,137.00 | 24002 | Heavy Comm | ABI |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEW_22 | 407 | DeSilva Gates | | (same check) | 24002 | Heavy Comm | ABI |
| NEW_23 | 409 | Gena Turnipseed Richman | $ | 2,958.00 | 24003 | Residential | API |
| NEW_24 | 409 | Lynn Carlson | $ | 2,411.18 | 24004 | Landscape | API |
| NEW_25 | 410 | Caltrans | $ | 169,487.81 | 24002 | Heavy Comm | ABI |
| NEW_29 | 410 | Caltrans | | (same check) | 24002 | Heavy Comm | ABI |
| NEW_26 | 410 | Caltrans | | (same check) | 24002 | Heavy Comm | ABI |
| NEW_27 | 410 | Caltrans | | (same check) | 24002 | Heavy Comm | ABI |
| NEW_28 | 410 | Caltrans | | (same check) | 24002 | Heavy Comm | ABI |
| NEW_30 | 413 | St Helena Cemetery Assoc | $ | 2,820.00 | 24003 | Residential | API |
| NEW_31 | 415 | Roger Boucher | $ | 2,520.00 | 24003 | Residential | API |
| NEW_32 | 415 | Mission Plaza Properties | $ | 2,880.00 | 24003 | Residential | API |
| ABI_01 | 274 | Northwest Gen Eng | $ | 9,526.45 | 23013 | Heavy Comm | ABI |
| ABI_02 | 275 | Cratus | $ | 54,947.65 | 23013 | Heavy Comm | ABI |
| ABI_03 | 283 | Argonaut | $ | 8,875.84 | 23013 | Heavy Comm | ABI |
| ABI_04 | 284 | City of Richmond | $ | 3,376.00 | 23013 | Heavy Comm | ABI |
| ABI_05 | 293 | Argonaut | $ | 22,367.24 | 23013 | Heavy Comm | ABI |
| ABI_05B | 293 | Argonaut | | (same check) | 23013 | Heavy Comm | ABI |
| ABI_06 | 303 | RCX | $ | 13,432.00 | 23013 | Heavy Comm | ABI |
| ABI_07 | 303 | Able Maintenance | $ | 4,400.00 | 23013 | Heavy Comm | ABI |
| ABI_08 | 308 | Gracie Construction | $ | 35,847.00 | 23013 | Heavy Comm | ABI |
| ABI_09 | 318 | RCX | $ | 9,487.00 | 23013 | Heavy Comm | ABI |
| ABI_10 | 318 | 1990 Soda Canyon Road LLC | $ | 32,370.00 | 23013 | Heavy Comm | ABI |
| ABI_11 | 340 | D-Line Constructors, Inc. | $ | 75,723.74 | 23013 | Heavy Comm | ABI |
| ABI_12 | 350 | Azul Works | $ | 49,556.98 | 23013 | Heavy Comm | ABI |
| ABI_13 | 350 | Azul Works | $ | 18,152.60 | 23013 | Heavy Comm | ABI |
| ABI_14 | 365 | Ghilotti Construction | $ | 9,049.00 | 23013 | Heavy Comm | ABI |
| ABI_15 | 366 | Shimmick Construction | $ | 550.00 | 23013 | Heavy Comm | ABI |
| ABI_16 | 366 | Shimmick Construction | $ | 800.00 | 23013 | Heavy Comm | ABI |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ABI_17 | 374 | John Brooks | $ | 1,525.00 | 24002 | Heavy Comm | ABI |
| ABI_18 | 382 | Caltrans | $ | 52,377.80 | 24002 | Heavy Comm | ABI |
| ABI_19 | 382 | Caltrans | | (same check) | 24002 | Heavy Comm | ABI |
| ABI_20 | 384 | Duran & Venables | $ | 17,505.02 | 24002 | Heavy Comm | ABI |
| ABI_21 | 384 | Mcguire & Hester | $ | 51,498.21 | 23013 | Heavy Comm | ABI |
| ABI_22 | 384 | Mcguire & Hester | | (same check) | 23013 | Heavy Comm | ABI |
| ABI_23 | 385 | Brightview | $ | 6,294.22 | 23013 | Heavy Comm | ABI |
| ABI_24 | 390 | OC Jones & Sons | $ | 8,400.00 | 23013 | Heavy Comm | ABI |
| API_01 | 252 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_02 | 264 | Gary Lawson | $ | 600.00 | 23016 | Residential | API |
| API_03 | 281 | Lillian Rhinehart | $ | 4,145.00 | 23016 | Residential | API |
| API_04 | 282 | Paul Fishman | $ | 963.00 | 23016 | Residential | API |
| API_05 | 282 | Owendale Mutual Housing | $ | 1,563.00 | 23016 | Residential | API |
| API_06 | 283 | Concourse POA | $ | 3,900.00 | 23016 | Residential | API |
| API_07 | 284 | Carrington Constr | $ | 12,670.00 | 23014 | Landscape | API |
| API_08 | 285 | Coddingtown MHP | $ | 5,920.00 | 23016 | Residential | API |
| API_09 | 286 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_10 | 287 | Fred Hock | $ | 415.00 | 23014 | Landscape | API |
| API_11 | 289 | Creekside Meadows | $ | 227.00 | 23014 | Landscape | API |
| API_12 | 289 | St Helena Cemetery Assoc | $ | 3,988.74 | 23016 | Residential | API |
| API_13 | 291 | Hopper Lane Apts | $ | 3,239.28 | 23016 | Residential | API |
| API_14 | 292 | Lisa Natoli | $ | 208.08 | 23014 | Landscape | API |
| API_15 | 292 | Inge Walia | $ | 1,375.50 | 23016 | Residential | API |
| API_16 | 293 | Petaluma Valley Medical | $ | 5,978.00 | 23016 | Residential | API |
| API_17 | 294 | Fred Hock | $ | 415.00 | 23014 | Landscape | API |
| API_18 | 294 | Bethards Drive | $ | 470.00 | 23014 | Landscape | API |
| API_19 | 294 | Bethards Drive | $ | 650.00 | 23014 | Landscape | API |
| API_20 | 295 | Hyatt Regency Sonoma | $ | 4,250.00 | 23014 | Landscape | API |
| API_21 | 296 | Dennis De La Montanya | $ | 2,700.00 | 23016 | Residential | API |
| API_22 | 296 | Strong Property Management | $ | 8,965.00 | 23016 | Residential | API |
| API_23 | 300 | Anna & Scott Trahms | $ | 1,210.00 | 23014 | Landscape | API |
| API_24 | 300 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| API_26 | 301 | Resource Design | $ | 312.12 | 23014 | Landscape | API |
| API_27 | 301 | Rancho Verde Mobile Home | $ | 13,613.00 | 23016 | Residential | API |
| API_28 | 304 | St Helena Cemetery Assoc | $ | 9,475.00 | 23016 | Residential | API |
| API_29 | 309 | Lisa Natoli | $ | 208.08 | 23016 | Residential | API |
| API_30 | 310 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_31 | 312 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |
| API_32 | 312 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |
| API_33 | 319 | Hyatt Regency Sonoma | $ | 4,250.00 | 23014 | Landscape | API |
| API_34 | 324 | Calvary Catholic Cemetary | $ | 3,151.92 | 23016 | Residential | API |
| API_35 | 329 | Linda Iribarne/Coffman | $ | 982.64 | 23016 | Residential | API |
| API_36 | 330 | Lisa Natoli | $ | 208.08 | 23016 | Residential | API |
| API_37 | 332 | Fred Hock | $ | 415.00 | 23014 | Landscape | API |
| API_38 | 332 | Bethards Drive | $ | 470.00 | 23014 | Landscape | API |
| API_39 | 333 | Bethards Drive | $ | 650.00 | 23014 | Landscape | API |
| API_40 | 333 | Bennett Valley Villa LLC | $ | 1,610.00 | 23014 | Landscape | API |
| API_41 | 333 | Bennett Valley Villa LLC | | (same check) | 23014 | Landscape | API |
| API_42 | 335 | Resource Design | $ | 312.12 | 23014 | Landscape | API |
| API_43 | 335 | Resource Design | $ | 312.12 | 23014 | Landscape | API |
| API_44 | 336 | Fred Hock | $ | 415.00 | 23014 | Landscape | API |
| API-45 | 336 | Bethards Drive | $ | 470.00 | 23014 | Landscape | API |
| API_46 | 337 | Bethards Drive | $ | 650.00 | 23014 | Landscape | API |
| API_47 | 337 | Bennett Valley Villa LLC | $ | 805.00 | 23014 | Landscape | API |
| API_48 | 338 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_49 | 342 | Resource Design | $ | 312.12 | 23014 | Landscape | API |
| API_50 | 344 | Marvin Gardens Apts | $ | 1,054.40 | 23016 | Residential | API |
| API_51 | 345 | Rancho Verde Mobile Home | $ | 8,228.00 | 23016 | Residential | API |
| API_52 | 346 | Spring Club Apartments | $ | 1,320.00 | 23016 | Residential | API |
| API_53 | 346 | Adco Outdoor Advertising | $ | 7,680.00 | 23016 | Residential | API |
| API_54 | 347 | Lisa Natoli | $ | 208.08 | 23016 | Residential | API |
| API_55 | 347 | Bill Eggers | $ | 2,488.56 | 23014 | Landscape | API |
| API_56 | 348 | Matthew Prince | $ | 1,302.35 | 23016 | Residential | API |
| API_57 | 348 | Janice Ormond | $ | 1,050.00 | 23016 | Residential | API |
| API_58 | 349 | Celeste Hall | $ | 1,182.50 | 23016 | Residential | API |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| API_59 | 349 | Ronald Barnekow | $ | 2,483.64 | 23016 | Residential | API |
| API_60 | 351 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_61 | 351 | Cheryl Johnston | $ | 755.00 | 23016 | Residential | API |
| API_62 | 351 | Best Western | $ | 4,243.00 | 23016 | Residential | API |
| API_63 | 352 | J&M Properties | $ | 3,090.00 | 23016 | Residential | API |
| API_64 | 355 | Ross Sierck | $ | 7,390.00 | 24003 | Residential | API |
| API_65 | 355 | Lisa Natoli | $ | 208.08 | 23016 | Residential | API |
| API_66 | 356 | Resource Design | $ | 312.12 | 23014 | Landscape | API |
| API_67 | 357 | NorthBay Property Mgmt | $ | 1,650.00 | 23016 | Residential | API |
| API_68 | 359 | John & Blanche Mundy | $ | 2,815.16 | 24004 | Landscape | API |
| API_69 | 360 | Heather Lunenfeld | $ | 1,035.00 | 23016 | Residential | API |
| API_70 | 361 | Finley Contracting | $ | 2,420.00 | 24003 | Residential | API |
| API_71 | 365 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_72 | 369 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_73 | 373 | Vicki Brecht (5216 Honor Oak Ct) | $ | 960.00 | 24003 | Residential | API |
| API_74 | 373 | Joseph Michalek | $ | 920.00 | 24003 | Residential | API |
| API_75 | 374 | Joseph Michalek | $ | 3,024.00 | 24003 | Residential | API |
| API_76 | 374 | Martin & Molly Umholtz | $ | 150.00 | 24003 | Residential | API |
| API_77 | 375 | St Luke Evangelical | $ | 702.27 | 23014 | Landscape | API |
| API_78 | 375 | St Luke Evangelical | $ | 702.27 | 24004 | Landscape | API |
| API_79 | 376 | St Helena Cemetery Assoc | $ | 9,102.72 | 24003 | Residential | API |
| API_80 | 378 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |
| API_81 | 378 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |
| API_82 | 378 | State of CA/Sonoma Dev Center | $ | 19,600.00 | 23014 | Landscape | API |
| API_83 | 381 | Craig Frow | $ | 1,312.56 | 24004 | Landscape | API |
| API_84 | 381 | LaFontaine Mgmt | $ | 1,206.09 | 24004 | Landscape | API |
| API_85 | 382 | Calvary Catholic Cemetary | $ | 1,980.00 | 24003 | Residential | API |
| API_86 | 385 | St Helena Cemetery Assoc | $ | 4,498.00 | 24003 | Residential | API |
| API_87 | 386 | St Luke Evangelical | $ | 702.27 | 24004 | Landscape | API |
| API_88 | 387 | Craig Frow | $ | 165.00 | 24004 | Landscape | API |
| API_89 | 387 | Carol Aspinall | $ | 840.00 | 24003 | Residential | API |
| API_90 | 388 | Heather Lunenfeld | $ | 1,040.56 | 24003 | Residential | API |
| API_91 | 390 | Anna & Scott Trahms | $ | 12,934.17 | 24004 | Landscape | API |
| | | | **$** | **1,227,559.99** | | | |