MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

JAMIE P. DREHER (SBN 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
**DOWNEY BRAND**
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

*Attorneys for Anvil Builders, Inc., and Anvil Power, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 7 |
| ANVIL BUILDERS, INC.; ANVIL POWER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Defendant. | Adv. Proc. No. 25-01023<br><br>**STIPULATION TO STAY ACTION** |


Case: 25-01023 Doc# 8 Filed: 04/22/26 Entered: 04/22/26 08:50:40 Page 1 of 3

Plaintiff Anvil Builders, Inc. and Anvil Power, Inc. (collectively, "Anvil") and Defendant the Bankruptcy Estate of Kingsborough Atlas Tree Surgery, Inc. (the "Debtor") by and through their counsel of record, hereby stipulate as follows:

**RECITALS**

A. WHEREAS Janina M. Hoskins was appointed Chapter 11 Trustee (the "Trustee") for the Debtor;

B. WHEREAS the Trustee requested an extension of time to evaluate the claims presented in the above-captioned action;

C. WHEREAS the Bankruptcy Case has been converted to case under Chapter 7;

D. WHEREAS the Parties are cooperating in order to resolve the dispute relating to this Action and various other matters between the Parties; and

E. WHEREAS the Parties have agreed, in the interest of efficiency, to stay this Action.

**AGREEMENT**

1. Accordingly, by and through their counsel of record, the Parties hereby stipulate to stay this Action.

2. Further, the Parties stipulate to vacate the status conference presently set for June 2, 2026 at 9:30 AM.

3. Further, the Parties stipulate that the stay of this Action may be lifted by either Party making a request that the Bankruptcy Court lift the stay and set a status conference (the "Request"), and in that instance (absent agreement of the Parties or a Bankruptcy Court order), the deadline for the Trustee to respond to the Complaint shall be thirty (30) days from the Request.

Date: April 22, 2026 FOX ROTHSCHILD LLP

*/s/ Jack Praetzellis*
Jack Praetzellis
*Attorneys for Plaintiffs*

Date: April 22, 2026 RINCON LAW, LLP

*/s/ Charles P. Maher*
Charles P. Maher
*Attorneys for Defendant*


Case: 25-01023 Doc# 8 Filed: 04/22/26 Entered: 04/22/26 08:50:40 Page 2 of 3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: STIPULATION TO STAY ACTION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/22/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jack Praetzellis jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com

**2.** **SERVED BY UNITED STATES MAIL**: On 4/22/26, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Kingsborough Atlas Tree Surgery Inc.
1544 Ludwig Avenue
Santa Rosa, CA 95407

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/22/2026 | Kimberly Hoang | */s/ Kimberly Hoang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |