Entered on Docket
April 27, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: April 25, 2026

William J. Lafferty, III
U.S. Bankruptcy Judge

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

JAMIE P. DREHER (SBN 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
**DOWNEY BRAND**
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

*Attorneys for Anvil Builders, Inc., and Anvil Power, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 7 |
| ANVIL BUILDERS, INC.; ANVIL POWER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Defendant. | Adv. Proc. No. 25-01023<br><br>**ORDER APPROVING STIPULATION TO STAY ACTION** |

Upon Stipulation of the Parties (Dkt. 8) and good cause appearing, it is hereby ordered as follows:

1. The June 8, 2026 Status Conference, and all relational dates, are hereby VACATED.

2. This Action shall be STAYED, pending further order of the Court.

3. The stay of this Action may be lifted by either Party following the procedure described in Dkt. 8 ¶ 3 or upon further order of the Court.

IT IS SO ORDERED.

*****END OF ORDER*****





Case: 25-01023 Doc# 9 Filed: 04/25/26 Entered: 04/27/26 12:33:01 Page 2 of 3

<u>Court Service List</u>

Kingsborough Atlas Tree Surgery Inc.
1544 Ludwig Avenue
Santa Rosa, CA 95407





Case: 25-01023 Doc# 9 Filed: 04/25/26 Entered: 04/27/26 12:33:01 Page 3 of 3