# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 4/27/2026 |
| Case: 25−01023 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| dft | Kingsborough Atlas Tree Surgery Inc. | 1544 Ludwig Avenue | Santa Rosa, CA 95407 |

TOTAL: 1